**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:                                    )
                                          )
DARRIN Z BURTON,                          )    Case No. 19-12225-BFK
                                          )    Chapter 13
           Debtor.                        )

**ORDER FOR DEBTOR TO APPEAR AND**
**SHOW CAUSE WHY CASE SHOULD**
**NOT BE DISMISSED WITH PREJUDICE**

The Debtor filed this case as a voluntary Chapter 13 case on July 5, 2019. Docket No. 1. This is the Debtor's sixth bankruptcy case since 2010 (eighth case overall), one filed under Chapter 7 and five under Chapter 13. The Court, therefore, will set this case for a hearing on why this case should not be dismissed with prejudice for up to one year. It is therefore

**ORDERED**:

1. This case is set for a hearing on **Thursday, August 8, 2019, at 1:30 p.m**., at 200 S. Washington St., Alexandria, VA 22314, for the Debtor to show cause, if any, why this case should not be dismissed with prejudice.

2. The Clerk will mail a copy of this Order to the Debtor and will provide the Chapter 13 Trustee with cm-ecf notice of its entry.

Date: Jul 15 2019                         /s/ Brian F. Kenney
                                          Brian F. Kenney
Alexandria, Virginia                      United States Bankruptcy Judge

                                          Entered on Docket: July 15, 2019

Copies to:

Darrin Z Burton                           Earl J. Oberbauer, Jr.
18 Mill Springs Rd                        9329 Battle St.
Fredericksburg, VA 22406-6000             Manassas, VA 20110
*Chapter 13 Debtor*                       *Counsel for Chapter 13 Debtor*

1

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*