# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| DARRIN Z. BURTON, ) | Case No. 19-12225-BFK |
| ) | Chapter 13 |
| ) | |
| ) | |
| Debtor. ) | |

## ORDER DISMISSING ORDER TO SHOW CAUSE

On August 8, 2019, the Court held a hearing on its Order to Show Cause why the case should not be dismissed with prejudice for up to one year. Docket No. 17. The Debtor, the Debtor's counsel, Earl J. Oberbauer, Esquire, and Chapter 13 Trustee, Thomas P. Gorman, Esquire, were present at the hearing. For the reasons stated on the record, it is

**ORDERED:**

1. The Court's Order to Show Cause (Docket No. 12) is satisfied.

2. This case will proceed in its normal course.

3. The Clerk will mail a copy of this Order, or provide electronic notice of its entry, to the parties below.

Date: Aug 12 2019

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: August 13, 2019

Copies to:

Darrin Z Burton
18 Mill Springs Rd
Fredericksburg, VA 22406-6000
*Chapter 13 Debtor*

Earl J. Oberbauer, Jr.
9329 Battle St.
Manassas, VA 20110
(703)368-7679
*Counsel for Debtor*

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*