**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

D<small>ARRIN</small> Z. B<small>URTON</small>
SSN:   ###-##-3628

Debtor(s)

Chapter 13

Case No. 19-12225-BFK

**ORDER**

    THIS MATTER came on before the Court on August 8, 2019, and it appearing that Debtor has made Plan payments that have not been honored upon presentation, it is hereby

    **ORDERED** that Debtor(s) shall not make further Plan payment by personal check, and all future Plan payments made by Debtor(s) are to be made by cashier's check, money order, or the equivalent for the remainder of the case. Any payment made by an employer, pursuant to any wage directive that may be entered in this case, are excluded from this requirement.

Aug 28 2019

/s/ Brian F. Kenney

Brian F. Kenney
U. S. Bankruptcy Judge

Entered on Docket: August 29, 2019

Prepared by:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

SEEN and AGREED:

/s/Earl J. Oberbauer, Jr.
Earl J. Oberbauer, Jr. – VSB#14657
Attorney for Debtor(s)
9329 Battle St.
Manassas, VA 20110
(703) 368-7679

Local Rule 9022-1(C) Certification

    The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**Order**, page 2
Darrin Z. Burton
**Case** #19-12225-BFK

### PARTIES TO RECEIVE COPIES

Darrin Z. Burton
Chapter 13 Debtor(s)
18 Mill Spring Rd.
Fredericksburg, VA 22406

Earl J. Oberbauer, Jr.
Attorney for Debtor(s)
9329 Battle St.
Manassas, VA 20110

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314