## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:                                    )
                                          )
DARRIN Z. BURTON,                         )       Case No. 19-12225-BFK
                                          )       Chapter 13
                                          )
          Debtor.                         )
_____)

## ORDER DENYING MOTION TO
## DISMISS WITH PREJUDICE

On November 14, 2019, the Court held a hearing on creditors Margarita and Michael Mendoza's Motion to Dismiss Case with Prejudice. Docket No. 36. The Debtor, Earl Oberbauer, counsel to the Debtor, Jonathan Vivona, counsel to the creditors, and Thomas Gorman, Chapter 13 Trustee, were present at the hearing. For the reasons stated on the record, it is

**ORDERED:**

1. The Mendozas' Motion to Dismiss (Docket No. 36) is denied.

2. Throughout the duration of the case, the Trustee shall send the Debtor and Debtor's counsel a Notice of Default if the Debtor is not timely with his payments. The Trustee is authorized to communicate directly with the Debtor for this purpose. If the Debtor does not cure the default within 15 days, or if the Debtor defaults 3 times within a 12-month period, the Trustee shall file a Certification of Default and a proposed Order. Upon the filing of a Certification of Default, the case will be dismissed with prejudice for a period of 2 years.

3. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Nov 15 2019
_____

Alexandria, Virginia

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: November 18, 2019

Copies to:
Darrin Z Burton
18 Mill Springs Rd
Fredericksburg, VA 22406-6000
*Chapter 13 Debtor*

Earl J. Oberbauer, Jr.
9329 Battle St.
Manassas, VA 20110
*Counsel to the Debtor*

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*

Jonathan B. Vivona
601 King Street, Suite 400
Alexandria, Virginia 22314
*Counsel to the Creditors*