**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>Darrin Z Burton<br><br>        Debtor | Chapter 13<br><br>Case No. 19-12225-BFK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

> **Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Darrin Z Burton, Case #19-12225-BFK

***Attend the hearing to be held on June 4, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  __May 12, 2020_____          __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman
                                    Chapter 13 Trustee
                                    300 N. Washington Street, #400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of May, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Darrin Z Burton | Earl J. Oberbauer, Jr, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 18 Mill Springs Rd | 9329 Battle Street |
| Fredericksburg, VA 22406-6000 | Manassas, VA 20110 |

                              ___/s/ Thomas P. Gorman_____
                              Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/12/2020

CASE NO: 19-12225-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-3628
BURTON, DARRIN Z
AKA:
18 MILL SPRINGS RD
FREDERICKSBURG, VA 22406-6000

DATE FILED: 07/05/2019
CONFIRMED: 01/22/2020
LATEST 341: 08/06/2019
PERCENTAGE: 25.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 08/2019
ON SCHEDULE: 26,575.00
ACTUAL PAYMENTS: 21,888.00
AMOUNT BEHIND: 4,687.00

ATTORNEY: EARL J. OBERBAUER, JR, ESQ.
9329 BATTLE STREET
MANASSAS, VA 20110
Phone:703 368-7679 Fax:

Needed to Complete Base:
BASE: 185,950.00
       164,062.00

SCHEDULE: 3,125.00 MONTHLY
TOTAL PAID: 21,888.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 04/20/20 | PC | 4,688.00 |
| 12/31/19 | MARINE FCU | 3,125.00 |
| 12/11/19 | CC | 3,125.00 |
| 11/18/19 | EARL J. OBERBAUER | 25.00 |
| 11/18/19 | CC | 925.00 |
| 11/08/19 | CC | 2,500.00 |
| 10/03/19 | MARINE FCU | 2,500.00 |
| 09/04/19 | MARINE FCU | 2,500.00 |
| 08/06/19 | PC | 2,500.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO 01/2020 | PRI 100.00 | 0.00 0.00 | 0.00 | 13,146.10 13,146.10 | 13,146.10 13,146.10 | 1,186.48 0.00 | 11,959.62 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 2,686.01 2,686.01 | 2,686.01 671.50 | 0.00 0.00 | 671.50 0.00 |
| 002 | 347047 | STAFFORD COUNTY TREASURER | PRO 01/2020 | SEC 100.00 | 0.00 0.00 | 0.00 | 3,436.84 3,436.84 | 3,436.84 3,436.84 | 310.19 0.00 | 3,126.65 0.00 |
| 003 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO 01/2020 | PRI 100.00 | 0.00 0.00 | 0.00 | 4,713.10 4,713.10 | 4,713.10 4,713.10 | 425.37 0.00 | 4,287.73 0.00 |
| 004 | 349180 | CARRINGTON MORTGAGE SERVICES | FIX 01/2020 | SEC 100.00 | 1,243.86 3,731.58 | | 74,631.90 75,000.00 | 74,631.90 74,631.90 | 7,463.16 0.00 | 67,168.74 0.00 |
| 005 | 342561 | DISNEY VACATION DEVELOPMENT TBS | PRO-I | UNS 25.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 006 | 350844 | AUTO EQUITY LOANS | FIX 01/2020 | SEC 100.00 | 190.05 570.15 | | 10,631.88 11,400.54 | 10,631.88 10,631.88 | 1,140.30 0.00 | 9,491.58 0.00 |
| 007 | 347057 | DEPARTMENT OF COMMERCE FCU TBS | PRO-I | UNS 25.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 008 | 330684 | TITLE MAX OF VIRGINIA INC | FIX 01/2020 | SEC 100.00 | 200.10 600.30 | | 12,005.93 12,005.93 | 12,005.93 12,005.93 | 1,200.60 0.00 | 10,805.33 0.00 |
| 009 | 318319 | ABERDEEN FED CU | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 0.00 300.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 342933 | ACCEPTANCE NOW | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 0.00 1,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 011 | 349522 | BANK OF MISSOURI | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 460.83 348.58 | 460.83 115.21 | 0.00 0.00 | 115.21 0.00 |
| 011A | 349522 | BANK OF MISSOURI | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 454.99 0.00 | 454.99 113.75 | 0.00 0.00 | 113.75 0.00 |
| 012 | 313280 | ADVANCE AMERICA | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 619.00 500.00 | 619.00 154.75 | 0.00 0.00 | 154.75 0.00 |
| 013 | 339267 | BANK OF AMERICA | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 799.46 799.46 | 799.46 199.87 | 0.00 0.00 | 199.87 0.00 |
| 014 | 345052 | QUANTUM3 GROUP LLC | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 535.52 600.00 | 535.52 133.88 | 0.00 0.00 | 133.88 0.00 |
| 015 | 350845 | BARTON & MILLS SCHOOL OF DANCE | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 0.00 469.50 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 016 | 350846 | BB&T / FIRST VIRGINIA BANK | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 0.00 1,546.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 017 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 1,064.97 1,064.97 | 1,064.97 266.24 | 0.00 0.00 | 266.24 0.00 |
| 018 | 345747 | CELTIC BANK | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 0.00 475.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | 348633 | COLUMBUS GAS OF VIRGINIA | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 700.63 447.60 | 700.63 175.16 | 0.00 0.00 | 175.16 0.00 |
| 020 | 349549 | COMCAST | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 593.31 944.74 | 593.31 148.33 | 0.00 0.00 | 148.33 0.00 |
| 021 | LVNV | LVNV FUNDING LLC. | PRO | UNS 25.00 | 0.00 0.00 | 0.00 | 343.30 291.00 | 343.30 85.83 | 0.00 0.00 | 85.83 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.1

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/12/2020

CASE NO: 19-12225-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-3628
BURTON, DARRIN Z

SCHEDULE: 3,125.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 022 | 348852 | DC FEDERAL CREDIT UNION | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 11,392.42 9,669.74 | 11,392.42 2,848.11 | 0.00 0.00 | 2,848.11 0.00 |
| 023 | 347057 | DEPARTMENT OF COMMERCE FCU | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 4,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 024 | 350847 | DEPT OF COMMERCE FCU | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 1,508.22 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 025 | 289862 | DEPT. OF INTERIOR FCU | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 1,690.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 026 | 343045 | TRANSPORTATION FEDERAL CREDIT UN | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 29,612.68 29,612.00 | 29,612.68 7,403.17 | 0.00 0.00 | 7,403.17 0.00 |
| 027 | 343045 | TRANSPORTATION FEDERAL CREDIT UN | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 29,384.53 29,283.50 | 29,384.53 7,346.13 | 0.00 0.00 | 7,346.13 0.00 |
| 028 | 342561 | DISNEY VACATION DEVELOPMENT | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 3,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 029 | 347209 | DOMINION ENERGY | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 688.77 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 030 | 309524 | FAIRFAX COUNTY FEDERAL CREDIT UN | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 6,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 031 | 311141 | FINGERHUT DIRECT MARKETING, INC. | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 220.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 032 | 350848 | LAZ PARKING | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 420.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 033 | LVNV | LVNV FUNDING LLC. | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 247.86 294.36 | 247.86 61.97 | 0.00 0.00 | 61.97 0.00 |
| 034 | 350849 | MICHAEL AND MARGARITA MENDOZA | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 26,797.79 7,000.00 | 26,797.79 6,699.45 | 0.00 0.00 | 6,699.45 0.00 |
| 035 | 344401 | MILESTONE MASTERCARD | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 1,260.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 036 | 324279 | NHCASH.COM LLC | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 850.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 037 | 349167 | SHIVA FINANCE LLC | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 349.81 349.81 | 349.81 87.45 | 0.00 0.00 | 87.45 0.00 |
| 038 | 348118 | SPEEDY CASH | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 1,087.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 039 | 350850 | SS/SOUTHEAST | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 5,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 040 | 350851 | TJM FINANCIAL | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 500.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 041 | 348856 | TMC | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 3,500.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 042 | 350852 | UNITED BANK | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 500.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 043 | 349876 | VERIZON BY AMERICAN INFOSOURCE | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 2,406.61 1,000.00 | 2,406.61 601.65 | 0.00 0.00 | 601.65 0.00 |
| 044 | 350853 | WILLIAM E. SEALS | PRO | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 0.00 1,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 045 | 350854 | EXPRESS CHECK ADVANCE UNLISTED | PRO-A | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 636.00 0.00 | 636.00 159.00 | 0.00 0.00 | 159.00 0.00 |
| 046 | 314458 | NAVY FEDERAL CREDIT UNION UNLISTED | PRO-A | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 23,271.67 0.00 | 23,271.67 5,817.92 | 0.00 0.00 | 5,817.92 0.00 |
| 047 | 343045 | TRANSPORTATION FEDERAL CREDIT UN UNLISTED | PRO-A | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 262.00 0.00 | 262.00 65.50 | 0.00 0.00 | 65.50 0.00 |
| 048 | 343045 | TRANSPORTATION FEDERAL CREDIT UN UNLISTED | PRO-A | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 711.55 0.00 | 711.55 177.89 | 0.00 0.00 | 177.89 0.00 |
| 049 | 349876 | VERIZON BY AMERICAN INFOSOURCE UNLISTED | PRO-A | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 5,597.89 0.00 | 5,597.89 1,399.47 | 0.00 0.00 | 1,399.47 0.00 |
| 050 | 350681 | FORT LEE FCU UNLISTED / LATE | PRO-A | UNS 25.00 | 0.00 0.00 | 0.00 0.00 | 623.64 0.00 | 623.64 155.91 | 0.00 0.00 | 155.91 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.1

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/12/2020

CASE NO: 19-12225-BFK
STATUS: BASE PLAN
DEBTOR: XXX-XX-3628
BURTON, DARRIN Z
SCHEDULE: 3,125.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | OBERBA | EARL J. OBERBAUER, JR, ESQ. | PRO 01/2020 | ATY 100.00 | | 0.00 0.00 | 5,220.00 5,220.00 | 4,595.00 4,595.00 | 4,595.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 1,337.70 | 1,337.70 | |
| | | | | | TOTALS: | 1,634.01 4,902.03 | 263,338.22 244,828.77 | 264,050.92 159,386.59 | 17,658.80 0.00 | 141,727.79 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,220.00 | 17,859.20 | 101,843.31 | 119,906.26 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 4,595.00 | 17,859.20 | 100,706.55 | 34,888.14 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 4,595.00 | 1,611.85 | 10,114.25 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 16,247.35 | 90,592.30 | 34,888.14 | 0.00 | DUE CREDITORS: | 141,727.79 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 15,277.62 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 4,229.20 |
| BALANCE DUE: | 0.00 | 0.00 | 16,247.35 | 90,592.30 | 34,888.14 | 0.00 | APPROX BALANCE: | 152,776.21 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                       Case Power® 12.1