UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA Division

In re:

Darrin Z. Burton                                                  Case No. 19-12225-BFK
                                                                  Chapter 13

    Debtor

----

## MOTION TO REHEAR AND RECONSIDER

TO THE HONORABLE BRIAN F. KENNEY, US BANKRUPTCY JUDGE:

    COMES NOW your Debtor, Darrin Z. Burton, and moves this Court To Rehear and Reconsider the issues raised by the Trustee's Motion To Dismiss With Prejudice (Docket No: 52 and amended Docket No: 53) which was originally heard on June 4, 2020. In support of his Motion, the Debtor states as follows:

1. Exhibits 1, 2 and 3 to this Motion document that $4,326.90 was withheld by the employer during February 2020 but not received by the Trustee. The Debtor was not aware of this situation until he received the accounting attached to the Trustee's Motion To Dismiss. In spite of his continuing efforts to resolve the failure to remit those funds, the Debtor has been unable to get any explanation or corrective action by the employer. These funds represent a major portion of the default which lead to the Motion To Dismiss, and was clearly not the fault of the Debtor, nor was it within his control.
2. The Debtor believes this is the type of an unforeseen situation which the Court recognized could occur, when the Court provided: "Throughout the duration of the case, <u>the Trustee shall send the Debtor and Debtor's counsel a Notice of Default if the Debtor is not timely with his payments.</u> The Trustee is authorized to communicate directly with the Debtor for this purpose. <u>If the Debtor does not cure the default within 15 days,</u> or if the Debtor defaults 3 times within a 12-month period, <u>the Trustee shall file a Certification of Default and a proposed Order</u>. Upon the filing of a Certification of Default, the case will be dismissed with prejudice for a period of 2 years. (underlining added)(Docket No: 43).
3. The Debtor asserts that he should have received a "Notice of Default" which should have included the time limit to cure the default. Such a "Notice of Default" was not issued. The Debtor further asserts that although the Motion To Dismiss (Docket No: 52) did alert him of the "default," it was improper because: the "Notice of Default" previously ordered by the Court was not issued; and the Motion failed to alert him to the time limit to cure [and the amended Motion (Docket No: 53) referencing the earlier Order and specifically seeking dismissal with prejudice also did not alert him to the time limit to cure].

4. The Debtor further asserts that his cashiers check ($4,900.00) curing the default, was delivered to the Trustee's Memphis, TN address on the morning of June 4, 2020 (which was within 15 days of the filing of the Trustee's Amended Motion To Dismiss), and constituted a timely curing of the default (Exhibits 4, 5 and 6).
5. The Debtor maintains that under these circumstances, dismissal with prejudice is neither fair nor reasonable. Further, dismissal of his case would effectively result in the Debtor's loss of his "security clearance" and current level of income. This will be detrimental not only to the Debtor and his family, but equally importantly to all his creditors. It must be noted that the Debtor is committed to paying a very substantial amount into the Plan and will not receive a Discharge, so his creditors retain the ability to pursue collection even upon completion of Plan payments.
6. The Debtor maintains that under the circumstances, the Motion To Dismiss should be denied, noting that the procedures previously established by the Court (Docket No: 43) provide for a effective means of managing this case.

Accordingly, the Debtor asks the Court to rehear and reconsider this matter, and to deny the Trustee's Motion To Dismiss.

/s/Darrin Z. Burton
Darrin Z. Burton, Debtor

/s/Earl J. Oberbauer, Jr._____
Earl J. Oberbauer, Jr. Esquire
VA Bar #14657
9329 Battle Street
Manassas, Virginia 20110
(703) 368-7679
Counsel for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2020, a true copy of the foregoing MOTION TO REHEAR AND RECONSIDER was sent electronically to the US Trustee and the Chapter 13 Trustee, Jonathan B. Vivona, PLC, and mailed to all parties on the attached list.

/s/Earl J. Oberbauer, Jr._____
Earl J. Oberbauer, Jr. Esquire

Aberdeen FCU
Chesapeake Av & Oakington St
Aberdeen Proving Ground, MD 21005


Acceptance Now
5501 Headquarters Drive
Plano, TX 75024


Access Bank
PO Box 5220
Sioux Falls, SD 57117


Advance America
3940 Plank Road
Fredericksburg, VA 22407


Auto Equity
6531 Arlington Blvd
Falls Church, VA 22042


Bank of America
1481 Carl D Silver Pkwy
Fredericksburg, VA 22401


Bank of Missouri
Total Card Inc
5109 S. Broadband Lane
Sioux Falls, SD 57108


Barton & Mills School of Dance
619 Garrisonville Rd
Stafford, VA 22554


BB&T (fka: First Virginia Bank
9121 Old Staples Mill Rd
Henrico, VA 23228


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130


Carrington Mortgage Services
PO Box 5001
Westfield, IN 46074

Celtic Bank Corp
268 State Street
Suite 300
Salt Lake City, UT 84111


Columbia Gas
60 Commerce Pkwy
Fredericksburg, VA 22406


Comcast Communications
8110 Corporate Drive
Nottingham, MD 21236


Credit One Bank
PO Box 98872
Las Vegas, NV 89193


DC FCU
2000 14th St, NW
Washington, DC 20009


Department of Commerce FCU
1401 Constitution Ave, NW
Arlington, VA 22230


Department of Commerce FCU
PO Box 1420
Washington, DC 20044-4720


Dept of Interior FCU
1849 C St, NW
Washington, DC 20240


Dept of Transportation FCU
1600 Cameron Street
Alexandria, VA 22314


Disney Vacation Club
1390 Celebration Blvd
Celebration, FL 34747


Disney Vacation Club Mgmt Corp
1390 Celebration Blvd
Kissimmee, FL 34747

Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290


Fairfax FCU
4201 Members Way
Fairfax, VA 22030


Fingerhut/Webbank
6250 Ridgewood Rd
Saint Cloud, MN 56303


Internal Revenue Service
Insolvency Unit-Stop Rm 898
400 N 8th St - Box 76
Richmond, VA 23219


Jonathan B. Vivona, Esq
601 King Street
Alexandria, VA 22314


Laz Parking
15th Lewis St, 5th Floor
Hartford, CT 06103


LVNV Funding, LLC
c/o Resurgent Capital Svc
PO Box 10587
Greenville, SC 29603


Michael A. & Margarita Mendoza
c/o Jonathan B. Vivona, Esq
601 King Street, S-400
Alexandria, VA 22314


Milestone Credit Card
PO Box 84059
Columbus, GA 31908


NHCash.com dba Open-End
169 South River Road
Bedford, NH 03110

```
RA Rogers Inc. Collections
2135 Espey Ct, #7
Crofton, MD 21114-2442


Sheer, Green & Burke
1 Seagate, Suite 640
Toledo, OH 43604


Shiva Finance, LLC
c/o Glen C. Watson, III
PO Box 121950
Nashville, TN 37212


Silverman Theologou, LLP
1120 Rockville Pike, Ste 520
Rockville, MD 20852


Speedy Cash
PO Box 780408
Wichita, KS 67278


SS/Southeast
POB 26055
Nat'l Recovery Dept MS 400
Minneapolis, MN 55426


Stafford County Treasurer
PO Box 68
Stafford, VA 22555


Title Max of Virginia
15 Bull Street, Ste 200
Savannah, GA 31401


TJM Financial
617 N. DuPont HWY
Milford, DE 19963


TMC
252 Hwy 70 West
Havelock, NC 28532


United Bank
289 Garrisonville Rd
Stafford, VA 22554
```

Verizon
500 Technology Dr
Weldon Spring, MO 63304


Virginia Dept of Taxation
Bankruptcy Division
PO Box 2156
Richmond, VA 23218


William E. Seals, PC
1127 International Parkway
Ste 297-231
Fredericksburg, VA 22406