**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>DARRIN Z. BURTON<br><br><br>Debtors | Chapter 13<br>19-12225-BFK |

### TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION TO REHEAR AND RECONSIDER

     Thomas P. Gorman, Trustee notes his opposition to Debtor's Motion to Rehear and Reconsider, and requests that the relief requested be denied.

 July 7, 2020                                                                               /s/ Thomas P. Gorman
Dated                                                                     Thomas P. Gorman
                                                                                Chapter 13 Trustee
                                                                                300 N. Washington Street, #400
                                                                                Alexandria, VA 22314
                                                                                (703) 836-2226
                                                                                VSB #26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of July, 2020 mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Darrin Z. Burton<br>Chapter 13 Debtor<br>18 Mill Springs Rd.<br>Fredericksburg, VA 22406-6000 | Earl J. Oberbauer, Jr., Esq.<br>Counsel for Debtor<br>9329 Battle Street<br>Manassas, VA 20110 |

                                                                                /s/ Thomas P. Gorman
                                                                                 Thomas P. Gorman